UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:22-cv-01219-JGB (MAA)** | Date: **May 31, 2022** |
| Title | **Rodney L. Rollness v. H. Flores et al.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On March 25, 2022, the Court issued a Memorandum Decision and Order Dismissing Complaint with Leave to Amend ("Order"). (Order, ECF No. 8.) The Court ordered Plaintiff Rodney L. Rollness ("Plaintiff") to, no later than April 25, 2022, either file a First Amended Complaint ("FAC"), notify the Court that Plaintiff wishes to proceed with the Complaint, or voluntarily dismiss the lawsuit. (*Id*. at 16–18.) The Court cautioned Plaintiff that "**failure to respond to this Order may result in a recommendation that this lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** ***See*** **C.D. Cal. L.R. 41-1.**" (*Id*. at 19.)

To date, Plaintiff has not filed a FAC, notice to proceed with the Complaint, or a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **June 30, 2022** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC, notice to proceed with the Complaint, or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal