JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY L. ROLLNESS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>H. FLORES et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01219-JGB (MAA)<br><br>**JUDGMENT** |

　　　Pursuant to the Order of Dismissal filed herewith,

　　　IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 8, 2022

　　　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE